**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 00-7339

---

ALVIN LEE GREGORY,

Petitioner - Appellant,

versus

HOWARD H. PAINTER, Warden, Mount Olive Cor-
rectional Complex,

Respondent - Appellee.

---

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Charleston. Charles H. Haden II, Chief
District Judge. (CA-00-182-2)

---

Submitted: November 30, 2000          Decided: December 7, 2000

---

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Alvin Lee Gregory, Appellant Pro Se. Dawn Ellen Warfield, OFFICE
OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Vir-
ginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
Local Rule 36(c).

PER CURIAM:

Alvin Lee Gregory seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  <u>Gregory v. Painter</u>, No. CA-00-182-2 (S.D.W. Va. Aug. 14, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2